THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TAYLOR JONES,<br><br>　　　　　Defendant. | CASE NO. C19-0815-JCC<br><br>ORDER |

The Court, having reviewed the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the relevant record, hereby ORDERS the following:

1. The report and recommendation (Dkt. No. 6) is ADOPTED;
2. The case is DISMISSED with prejudice;
3. The Clerk is DIRECTED to send a copy of this order to Plaintiff and Judge Tsuchida.

DATED this 9th day of July 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE